

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2013

No. 04-13-00633-CR and 04-13-00634-CR

Ex Parte Martin Guadalupe Campos **LEAL**,
Appellant

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 2513 and 2514
The Honorable John D. Fleming, Judge Presiding

# O R D E R

In the interest of the efficient administration of the court's docket, we **order** Appeal Nos. 04-13-00633-CR and 04-13-00634-CR consolidated. The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal.

However, a record must be filed in each appeal, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in each appeal to which it applies. The court will dispose of both appeals in the same judgment, opinion, and mandate.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2013.

Keith E. Hottle
Clerk of Court